Jethro M. Eisenstein (JE 6848)
PROFETA & EISENSTEIN
14 Wall Street, 22nd Floor
New York, New York 10005-2101
Tel. No. (212) 577-6500
Fax No.: (212) 577-6702

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

| | |
|---|---|
| ROGER DUANE ORTEGO and BRYAN F. GILL, JR., as Trustee of the Bankruptcy Estate, | 07 CV 9641 (CSH) |
| | RULE 7.1 STATEMENT |
|     Plaintiff, | |
|   -against- | |
| MORAN TOWING CORPORATION, | |
|     Defendant. | |

------------------------------------

Pursuant to Rule 7.1, FRCP, the undersigned attorney for defendant Moran Towing Corporation ("Moran"), states that no publicly held corporation owns 10% or more of the stock of Moran.

Dated:    New York, New York
          December 27, 2007

_____
Jethro M. Eisenstein (JE 6848)