

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROGER DUANE ORTEGO AND | * | CIVIL ACTION NO.: 07-CIV-9641 |
| BRYAN F. GILL, JR., AS TRUSTEE | * | |
| OF THE BANKRUPTCY ESTATE OF | * | JUDGE HAIGHT |
| ROGER DUANE ORTEGO | * | |
| | * | |
| | * | |
| VERSUS | * | |
| | * | |
| MORAN TOWING CORPORATION | * | |

* * * * * * * * * * * * * * * * * * * * * * * *



### MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **MATTHEW SAKKAS**, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

**RALEIGH NEWMAN**
RALEIGH NEWMAN, APLC
1830 Hodges Street
Lake Charles, Louisiana 70601
Telephone:    (337) 439-5788
Telecopier:    (337) 436-5430

**RALEIGH NEWMAN** is a member in good standing of the Bar of the State of Louisiana.

There are no pending disciplinary proceedings pending against **RALEIGH NEWMAN** in any State or Federal Court.

New York City, New York, this 24th day of January, 2008.



Respectfully submitted:

_____
MATTHEW SAKKAS, Esq.
SDNY Bar Code: WMS3351

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROGER DUANE ORTEGO AND | * | CIVIL ACTION NO.: 07-CIV-9641 |
| BRYAN F. GILL, JR., AS TRUSTEE | * | |
| OF THE BANKRUPTCY ESTATE OF | * | JUDGE HAIGHT |
| ROGER DUANE ORTEGO | * | |
| | * | |
| | * | |
| VERSUS | * | |
| | * | |
| MORAN TOWING CORPORATION | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF MATTHEW SAKKAS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

STATE OF NEW YORK

COUNTY OF MANHATTAN

MATTHEW SAKKAS, being duly sworn, hereby deposes and says as follows:

1. I am Of Counsel at Sakkas & Cahn, LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Raleigh Newman as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Raleigh Newman since 2007.

4. Mr. Newman is Of Counsel at Raleigh Newman, APLC, in Lake Charles, Louisiana.

5. I have found Mr. Newman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Raleigh Newman, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Raleigh Newman, pro hac

vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Raleigh Newman, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

New York, New York, this 24th day of January, 2008.

Respectfully submitted:

_____
MATTHEW SAKKAS, Esq.
SDNY Bar Code: WMS3351

THUS DONE AND SIGNED, before me, the undersigned authority, this 24th day of January, 2008.

_____
NOTARY PUBLIC

NANCY HIGER
Notary Public, State of New York
No. 31-4___724
___ ___ York County
Comm___ ___ January 13, 2010

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **ROGER DUANE ORTEGO AND** | * | **CIVIL ACTION NO.: 07-CIV-9641** |
| **BRYAN F. GILL, JR., AS TRUSTEE** | * | |
| **OF THE BANKRUPTCY ESTATE OF** | * | **JUDGE HAIGHT** |
| **ROGER DUANE ORTEGO** | * | |
| | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| **MORAN TOWING CORPORATION** | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

Upon the motion of MATTHEW SAKKAS, ESQ., attorney for Plaintiffs, Roger Duane Ortego and Bryan F. Gill, Jr., as Trustee of the Bankruptcy Estate of Roger Duane Ortego, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    **RALEIGH NEWMAN**
    RALEIGH NEWMAN, APLC
    1830 Hodges Street
    Lake Charles, Louisiana 70601
    Telephone:   (337) 439-5788
    Telecopier:   (337) 436-5430
    Email:   raleigh@raleighnewman.com

is admitted to practice pro hac vice as counsel for Roger Duane Ortego and Bryan F. Gill, Jr., as Trustee of the Bankruptcy Estate of Roger Duane Ortego in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

      THUS DONE AND SIGNED, in Chambers, this ____ day of _____, 2008, at New York, New York.

 

_____
JUDGE - UNITED STATES DISTRICT COURT

## AFFIRMATION OF SERVICE

MATTHEW SAKKAS, an attorney duly admitted to practice law before this Court, affirms to the truth of the following under penalty of perjury:

I am not a party to this action, I am over 18 years of age and I reside in New York, New York. On January 24, 2008 I mailed a copy of the within ***NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE*** and ***AFFIDAVIT OF MATTHEW SAKKAS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE*** and ***ORDER*** to the persons or firms listed below at the following addresses:

> Profeta & Eisenstein
> Attorneys for Defendants
> 14 Wall Street, 22nd Floor
> New York, NY  10005-2101

by enclosing a copy of same in a postpaid properly addressed envelope and depositing said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

Dated: New York, New York
       January 24, 2008

                                    S A K K A S   &   C A H N ,   L L P

                              By: _____
                                    MATTHEW SAKKAS, ESQ.
                                    Attorney for Plaintiffs
                                    150 Broadway, Suite 1307
                                    New York, N.Y.  10038
                                    Tel:   (212)693-1313
                                    Fax:   (212)693-1314

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**RALEIGH NEWMAN, ESQ., #7569**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 31st Day of August, 1967 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 25th Day of January, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana