UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROGER DUANE ORTEGO AND | * | CIVIL ACTION NO.: 07-CIV-9641 |
| BRYAN F. GILL, JR., AS TRUSTEE | * | |
| OF THE BANKRUPTCY ESTATE OF | * | JUDGE HAIGHT |
| ROGER DUANE ORTEGO | * | |
| | * | |
| | * | |
| VERSUS | * | |
| | * | |
| MORAN TOWING CORPORATION | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/13/08

## ORDER

Upon the motion of MATTHEW SAKKAS, ESQ., attorney for Plaintiffs, Roger Duane Ortego and Bryan F. Gill, Jr., as Trustee of the Bankruptcy Estate of Roger Duane Ortego, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> **J. LEE HOFFOSS, JR.**
> RALEIGH NEWMAN, APLC
> 1830 Hodges Street
> Lake Charles, Louisiana 70601
> Telephone:   (337) 439-5788
> Telecopier:   (337) 436-5430
> Email:   jlhoffoss@raleighnewman.com

is admitted to practice pro hac vice as counsel for Roger Duane Ortego and Bryan F. Gill, Jr., as Trustee of the Bankruptcy Estate of Roger Duane Ortego in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac

vice fee to the Clerk of Court.

THUS DONE AND SIGNED, in Chambers, this 11th day of February, 2008, at New York, New York.

_____
JUDGE - UNITED STATES DISTRICT COURT