UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER DUANE ORTEGO AND         *   CIVIL ACTION NO.: 07-CIV-9641
BRYAN F. GILL, JR., AS TRUSTEE  *
OF THE BANKRUPTCY ESTATE OF    *   JUDGE HAIGHT
ROGER DUANE ORTEGO             *
                               *
VERSUS                         *
                               *
MORAN TOWING CORPORATION       *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULE 26(f) CONFERENCE REPORT

A meeting of counsel was held on February 13, 2008 by telephone conference. The following persons participated:

J. LEE HOFFOSS, JR., ESQ.
Counsel for Plaintiffs, Roger Duane Ortego and Bryan F. Gill, Jr., as Trustee of the Bankruptcy Estate of Roger Duane Ortego;

JETHRO M. EISENSTEIN, ESQ.
Counsel for Defendant, Moran Towing Corporation

1. Nature of Plaintiff's Claim:

   Jones Act negligence and damages

2. Bench or Jury Trial

   Jury trial was requested by plaintiffs in the Complaint.

3. Initial Disclosures

   Initial Disclosures have been made by the parties.

4. Jurisdiction

   There are no challenges to the jurisdiction of this Court.

5. <u>Joinder of Parties and Amendment of Pleadings</u>

   Plaintiffs and Defendant have agreed to a stipulation substituting Moran Towing & Transportation, L.L.C. (formerly Seaboard Barge Corporation, which was the employer of Roger Duane Ortego at the time of the accident), in place of Moran Towing Corporation, the parent company of Moran Towing & Transportation, L.L.C. and Seaboard Barge Corporation, which stipulation will be made part of the record.

6. <u>Discovery Issues</u>

   A. The parties do not anticipate any discovery disputes at this time.

   B. The parties believe that discovery can be completed by July 31, 2008.

   C. Discovery issues include negligence, causation of injuries, and damages.

7. <u>Motion Practice</u>

   There are no motions pending at this time.

8. <u>Alternative Dispute Resolution</u>

   The parties are amenable to mediation.

9. <u>Related Cases</u>

   No other related cases.

   DATED:    FEBRUARY 19, 2008.

Respectfully submitted:

RALEIGH NEWMAN, APLC
Attorneys for Plaintiffs

*[signature]*

RALEIGH NEWMAN
Louisiana Bar No.: 7569
J. LEE HOFFOSS, JR.
Louisiana Bar No.: 29254
1830 Hodges Street
Lake Charles, Louisiana 70601
Telephone:    (337) 439-5788
Telecopier:   (337) 436-5430
*Pro Hac Vice*

and

MATTHEW SAKKAS
Sakkas & Cahn, LLP
150 Broadway, Suite 1307
New York, NY 10038
Telephone:    (212) 693-1313
Telecopier:   (212) 693-1314


PROFETA & EISENSTEIN
Attorneys for Defendant

*[signature]*

Jethro M. Eisenstein (JE 6848)
A Member of the firm
14 Wall Street, 22nd Floor
New York, New York 10005-2101
(212) 577-6500