AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

**APPEARANCE**

Case Number: 1:07-CV-09641

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ROGER DUANE ORTEGO AND BRYAN F. GILL, JR., AS TRUSTEE OF THE BANKRUPTCY ESTATE OF ROGER DUANE ORTEGO

I certify that I am admitted to practice in this court.

| 3/3/2008 | *(signature)* | |
|---|---|---|
| Date | Signature | |
| | J. LEE HOFFOSS, JR. | LA - 29254 |
| | Print Name | Bar Number |
| | 1830 HODGES STREET | |
| | Address | |
| | LAKE CHARLES    LA | 70601 |
| | City    State | Zip Code |
| | (337) 439-5788 | (337) 436-5430 |
| | Phone Number | Fax Number |