AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

### APPEARANCE

Case Number: 1:07-CV-09641

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ROGER DUANE ORTEGO AND BRYAN F. GILL, JR., AS TRUSTEE OF THE BANKRUPTCY ESTATE OF ROGER DUANE ORTEGO

I certify that I am admitted to practice in this court.

| 3/3/2008 | *signature* |
|---|---|
| Date | Signature |

| RALEIGH NEWMAN | LA - 7569 |
|---|---|
| Print Name | Bar Number |

1830 HODGES STREET
Address

| LAKE CHARLES | LA | 70601 |
|---|---|---|
| City | State | Zip Code |

| (337) 439-5788 | (337) 436-5430 |
|---|---|
| Phone Number | Fax Number |