UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **ROGER DUANE ORTEGO AND** | \* | **CIVIL ACTION NO.: 07-CIV-9641** |
| **BRYAN F. GILL, JR., AS TRUSTEE** | \* | |
| **OF THE BANKRUPTCY ESTATE OF** | \* | **JUDGE HAIGHT** |
| **ROGER DUANE ORTEGO** | \* | |
| | \* | |
| | \* | |
| **VERSUS** | \* | |
| | \* | |
| **MORAN TOWING CORPORATION** | \* | |
| \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07-29-08
```

### ORDER

Upon the motion of MATTHEW SAKKAS, ESQ., attorney for Plaintiffs, Roger Duane Ortego and Bryan F. Gill, Jr., as Trustee of the Bankruptcy Estate of Roger Duane Ortego, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    **RALEIGH NEWMAN**
    RALEIGH NEWMAN, APLC
    1830 Hodges Street
    Lake Charles, Louisiana 70601
    Telephone:  (337) 439-5788
    Telecopier:  (337) 436-5430
    Email:  raleigh@raleighnewman.com

is admitted to practice pro hac vice as counsel for Roger Duane Ortego and Bryan F. Gill, Jr., as Trustee of the Bankruptcy Estate of Roger Duane Ortego in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

THUS DONE AND SIGNED, in Chambers, this ___ day of _____, 2008, at New York, New York.

_____
JUDGE - UNITED STATES DISTRICT COURT